IN THE COUNTY COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA
CASE NUMBER: 2022-CC-3089
DIVISION: CC-P

_Jamie O'Brien_____

                         Plaintiff

VS.

DFS Services LLC (DiscoverCard Financial Services)
c/o Registered Agent – CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324_____
                         Defendant(s)

FILED
MAR 23 2022
DUVAL CLERK OF COURT

## COMPLAINT FOR DAMAGES

Plaintiff,_Jamie O'Brien_____, sues Defendant,_____DFS Services LLC_____,
and alleges:

   1. This is an action to stop robocalls to a personal cell # 904-923-4511 in Duval County, Florida.

   2. Plaintiff owns the following described real cell phone number in said County:
      _____904-923-4511_____

   3. The referenced cell # 904-923-4511 is on a National Do Not Call Registry and the State of Florida do not call list.

      **Exhibit A** – Potential $ Penalty for each illegal call for phone numbers that are registered on the National Do Not Call Registry.

      **Exhibit B** - Potential $ Penalty for each illegal call for phone numbers that are registered on the state of Florida Do Not Call Registry.

      **Exhibit D** – "National Do Not Call" Registry confirmation for 904-923-4511, since July 2010.

      **Exhibit E** - "FLorida Do Not Call" Registry confirmation for 904-923-4511.

   4. The referenced cell # 904-923-4511 utilizes the "Call Protect" product offered by AT&T as the provider, yet the defendant's sophisticated robocall technology still prevails.

      **Exhibit C** – Evidence the AT&T "Call Protect" app is being utilized.

   5. Defendant failed to comply to Federal and Federal Acts of legislation listed below:
      A – Telephone Robocall Abuse Criminal Enforcement and Deterrence (TRACED) Act
      B – Telephone Consumer Protection (TCPA) Act.

6 – Per the TCPA Act, the standard violation is $500. $1500 per willful violation without consideration to "Do not Call Registrations.

**Exhibit H** – prior Class action lawsuit against DiscoverCard.

7 – Defendant failed to comply to relevant Florida state laws where applicable.

**Exhibit G** – DFS Services LLC (DiscoverCard) formal registration in Florida.

8 – Dozens of unwanted Discover Card robocalls have been received in recent months (years). The latest examples are as follows:

A – On March 10, 2022 a call was received from 904-923-6143 @11:35 am. The Discover Card rep's name was Mariel Gerrard and spoke for 4 minutes, 23 seconds. The offer was for a 4% interest credit card that I qualified for per Experian data.

B – Again on March 10, 2022, a call was received from 904-923-2409 @1:04pm. This time it was a recorded message selling me ANOTHER Discover Card with a favorable interest rate.

C – **Exhibit F:** Phone numbers mentioned above calling 904-923-4511 illegally.

Damages

9. This is an action for damages that do not exceed $30,000.

10. Plaintiff restates those allegations contained in paragraphs 1 through 8 above.

11. Defendant owes Plaintiff $29,999 that is due with interest since the most recent documented phone call on March 10, 2022.

WHEREFORE. Plaintiff demands judgment for damages against Defendant.

_____
Signature

_Jamie O'Brien_____
Printed Name

11809 Hidden Hills Drive_____
Address

Jacksonville, Florida 32225_____
City, State, Zip Code

904-923-4511_____
Phone Number

# EXHIBIT A

## FEDERAL TRADE COMMISSION - $ Penality

https://www.google.com/search?q=robocall+fines+when+on+the+do+not+call+list+registry&sxsrf=APq-WBv3erZ_DplqcOnqSCEly7W7TwABrQ%3A1647379453859&ei=_QMxYoOLNOPsxgGHiqDgAg&oq=robocall+fines+when+on+the+don+not+call+&gs_lcp=Cgdnd3Mtd2l6EAMYAjIKCCEQFhAKEB0QHjIKCCEQFhAKEB0QHjIKCCEQFhAKEB0QHjoHCAAQRxCwAzoGCAAQFhAeOgUIABCGAzoFCCEQoAE6BQghEKsCOgUIABCiBDoICCEQFhAdEB46BwghEAoQoQoAFKBAhBGABKBAhGGABQ8Q1Y_jlgi1hoAXABeACAAXKIAZIUkgEFMTQuMTKYAQCgAQHIAQjAAQE&sclient=gws-wiz

consumer.ftc.gov/articles/national-do-not-call-registry-faqs#:~:text=Companies%20that%20illegally%20call%20numbers%20on%20the%20National%20Do%20Not,up%20to%20%2443%2C792%20per%20call.

### Should I expect to hear back from the FTC?

The FTC gets millions of reports each year, so we can't respond to each one. But your report matters. The FTC and other law enforcement agencies analyze reports to identify and take action against the people responsible for illegal calls and scams.

The FTC also takes the phone numbers that you report called you and releases them each business day to help telecommunications carriers and other industry partners that are working on call-blocking and call-labeling solutions.

### What's the penalty for companies that illegally call numbers on the Registry?

Companies that illegally call numbers on the National Do Not Call Registry or place an illegal robocall can currently be fined up to $43,792 per call.

### The number from my caller ID was faked. Why should I report it?

Technology has made it easy for scammers to fake or "spoof" caller ID information, so the number you're reporting might not be the caller's real number. But sometimes, the FTC and other law enforcement agencies can still trace the call based on the information you give. Your report also helps because the FTC analyzes report data and trends to identify illegal callers based on calling patterns. We also use additional information you report, like any number you're told to call back, to track down

# EXHIBIT B
# STATE OF FLORIDA $ PENALITY

https://www.fdacs.gov/Business-Services/Florida-Do-Not-Call/What-are-the-penalties-for-a-Do-Not-Call-violation#:~:text=The%20civil%20penalty%20shall%20not,(8)%2C%20Florida%20Statutes.



## What are the penalties for a Do Not Call violation?

The civil penalty shall not exceed $10,000 per violation; however, FDACS may seek other relief, including injunctive relief.

Review Section 501.059(8), Florida Statutes.

Florida Do Not Call

## EXHIBIT C – AT&T Call Protect Application



## Exhibit D – NATIONAL DO NOT CALL REGISTRY



# Exhibit E – FLORIDA DO NOT CALL LIST



# EXHIBIT F – DISCOVERCARD ROBOCALL PHONE NUMBERS



## Exhibit G – DiscoverCard LLC FLORIDA REGISTRATION

### Detail by Entity Name

**Foreign Limited Liability Company**
**DFS SERVICES LLC**

### Filing Information

| | |
|---|---|
| Document Number | M05000005676 |
| FEI/EIN Number | 36-4020792 |
| Date Filed | 10/10/2005 |
| State | DE |
| Status | ACTIVE |
| Last Event | LC NAME CHANGE |
| Event Date Filed | 06/15/2007 |
| Event Effective Date | NONE |

### Principal Address

2500 Lake Cook Road
Riverwoods, IL 60015

Changed: 03/24/2021

### Mailing Address

2500 Lake Cook Road
Riverwoods, IL 60015

Changed: 03/24/2021

### Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

### Authorized Person(s) Detail

**Name & Address**

Title Member

Discover Financial Services
2500 Lake Cook Road
Riverwoods, IL 60015

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2019 | 04/19/2019 |
| 2020 | 06/10/2020 |
| 2021 | 03/24/2021 |

# EXHIBIT H - Prior class action lawsuit against DiscoverCard Financial Services

https://kehoelawfirm.com/archived-consumer-protection/discover-financial-robocalls

**KLF KEHOE LAW FIRM, P.C.**

ABOUT  SECURITIES  CONS...

## Robocall Suit Filed Against Discover Financial Services

**Class Action Alleging Violations Of The Telephone Consumer Protection Act Filed Against Discover Financial Services**

Kehoe Law Firm, P.C. is making consumers aware that on May 7, 2020, a class action lawsuit was filed against Discover Financial Services, Inc. in United States District Court, Southern District of Iowa. The class action was filed, among other things, to "stop Defendant's practice of placing calls using an 'automatic telephone dialing system' … to the cellular telephones of consumers nationwide without … prior express written consent …."

According to the complaint, Discover Financial Services called the Plaintiff's cell phone using an automatic dialing system, which included calls from (614) 758-2344. Allegedly, Discover Financial Services "owns the telephone number (614) 758-2344," and "when the number is dialed back, an automation answers which states: 'Thank you for calling Discover …'"

**Do You Believe You Are a Victim of Illegal Robocalls, Text Messages, "Junk" Faxes or Telemarketing Sales Calls?**

If you have received illegal robocalls, text messages, "junk" faxes or telemarketing sales calls, you may be able to recover at least $500 for each illegal call, text or fax you received and, possibly, as much as $1,500 for each illegal call, text message or facsimile that was made either willfully or knowingly in violation of the Telephone Consumer Protection Act.

To help evaluate your potential legal claims under the Telephone Consumer Protection Act, please complete KLF's confidential **Robocall Questionnaire** or, if you prefer to speak with an attorney, please complete the form above on the right, e-mail info@kehoelawfirm.com or contact Michael Yarnoff, Esq., myarnoff@kehoelawfirm.com, (215) 792-6676. Ext. 804, for a free, no-obligation evaluation of your potential legal rights.

**Kehoe Law Firm, P.C.**